UNITED STATES DISTRICT OCURT
EASTERN DISTRICT OF NEW YORK

REC'D IN PRO SE OFFICE
FEB 6 '24 PM 3:40

CASE NO. 24-cv-00984-NRM-SJB

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 0 6 2024 ★

BROOKLYN OFFICE

Victor B. Perkins,            (
        PLAINTIFF             (
                              )
    -v-                       )
                              (
Joe Biden, President of the United States/    (
Donald Trump, Fmr. President of the U.S./  )
Director of the Internal Revenue Service,   )
                        RESPONDENT(S)    (

COMPLAINT OF HAVING HAD NOT
RECEIVED HIS FULL STIMILUS
AWARDED BY THE PRESIDENT OF
THE UNITED STATES IN ~~2020~~ 2023

HONORABLE COURT,

## JURISDICTION

COMES NOW, plaintiff hereinafter "Perkins" in pro se with COMPLAINT

of having had not received his full presidential awarded stimilus gift whichh

was awardedbby then President Donald J./Trump to eligble recippintswhomwdid

not file any tax returns for 2020, of which, Perkins received partiailpayment

of 1900 dollars of the 3,200 that was allotted to him by presidential order

pursuant to Title 26 U.S.C. Section 2522,,whereof, jurisdiction and adjudicaiton

is invoked uponnthe Eastern District of New York.

-2-

## STATEMENT OF COMPLAINT

Perkins, comes now, with contention(s) in Statement of Complaint that he did not receive his full presidential stimilus award thereafter receipt of partialppayment of 1,900 dollars of which he was to had received an allotted 1,400 at a later date in November 2022.  The then President Donald J. Trump by presidential order awarded a one time stimulus award to elglible recepients citizenscof the United States in which Perkins did not receivechis full stimilus award of 3,200 dollars.

## RELIEF SOUGHT

Perkins, seeks in Relief Sought that the Eastern Distirct of New York do GRANT and/or APPROVE of his Complaint of having had not received his full stimilus award of presidential order in 2022, in whilchb he received partiall payment of 1,9000dollars of the 3,200 dollars that was awarded to 30 million citizens of the United States in full.

## CONCLUSION

-3-

ACCORDINGLY and UNPRECEDENTED Perkins pray that his complaint of having

had not received his full stimilus award of presidential order do be GRANTED

and/or ABPROVED as a matter of Civil and Constitutional Amendment Rights in

accordance to the Due Process of the Law Clauses of the First, Fifth and

Fourteenth Constitutional Amendment Rights and Title 26 U.S.C. Section 2522

now before the Eastern District of New York for deliberation and review.

RESPECTFULLY SUBMITTED,

Victor B. Perkins/Plaintiff
Reg. No. #08783-039  1-1
Post Office Box 4000
Federal Medicall CenteR
Rochester, Minnesota  55903

Dated:  Janaury 25, 2024

## AFFIDAVIT OF SERVICE

I, Victor B. Perkins, do certify that a true copy of Complaint was served upon the United States Attorney for the Eastern District of New York by depositing said in the United States mail at 225 Cadman Plaza, Brooklyn New York on this 25th Day of Janaury 2024 at the proper address given:

RESPECTFULLY,

Victor B.Perkins/Plaintiff

COMMITTED NAME: Victor B Perkins

REG. NO. & QTRS.: 08763-039  1-1

FEDERAL MEDICAL CENTER

PMB 4000

ROCHESTER, MN 55903-4000





⇔08783-039⇔
Attorney Eastern District
225 Cadman PLZ E
Attorney Eastern District
Brooklyn Heights, NY 11201
United States

((Legal mail))

FEDERAL MEDICAL CENTER
PO BOX 4600
ROCHESTER, MN 55903-4600
DATE_____JAN 2 5 2024_____
The enclosed letter was processed through
special mail procedures for forwarding to you.
The letter has been neither opened or inspected
If the writer raises a question of problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspon-
dence for forwarding to another addressee
please return the enclosure to the above address.